1  LOREN GRAHAM, #673
   P.O. Box 6329
2  Stateline, NV  89449
   (775) 588-5138
3
   Attorney for JONATHAN DELACOUR
4

5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No. 2:08-CR411-JAM

10       Plaintiff,                     STIPULATION TO CONTINUE
                                        STATUS CONFERENCE
11       vs.

12 JONATHAN M. DELACOUR,

13       Defendant.
                                     /
14

15       IT IS HEREBY STIPULATED and AGREED by and between

16 McGREGOR W. SCOTT, UNITED STATES ATTORNEY, and ROBIN TAYLOR, Assistant

17 United States Attorney, on behalf of the UNITED STATES OF AMERICA, and LOREN

18 GRAHAM, counsel for defendant, that the Status Conference currently set for October 14, 2008

19 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez may be continued to November 25,

20 2008 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

21       The additional time is necessary and reasonable to further review discovery, conduct

22 investigation and continue negotiations regarding a resolution of the case.

23       The ends of justice served by taking such action outweigh the best interest of the

24 public and the defendant in a speedy trial.

25       The additional time requested is excludable time under the provisions of the Speedy

26 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii).

27 ///

28 ///

1

RESPECTFULLY SUBMITTED this 9th day of October, 2008.

                                              McGREGORY W. SCOTT

                                              UNITED STATES ATTORNEY

| /s/ | By: /s/ |
|---|---|
| LOREN GRAHAM, #673 | ROBIN TAYLOR |
| Atty for Jonathan Delacour | Assistant United States Atty |
| P.O. Box 6329 | 501 I Street, Suite 10-100 |
| Stateline, NV  89449 | Sacramento, CA  95814 |

<u>ORDER</u>

Good cause appearing,

IT IS SO ORDERED that the status Conference currently set for October 14, 2008 at 9:30 a.m. is continued to November 25, 2008 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

DATED: October <u>10</u>, 2008

                                   /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE