```
LOREN GRAHAM, #57150
P.O. Box 6329
Stateline, NV  89449
(775) 588-5138

Attorney for JONATHAN DELACOUR
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-411-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JONATHAN M. DELACOUR, | |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between McGREGOR W. SCOTT, UNITED STATES ATTORNEY, and ROBIN TAYLOR, Assistant United States Attorney, on behalf of the UNITED STATES OF AMERICA, and LOREN GRAHAM, counsel for defendant, that the Status Conference currently set for February 3, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez may be continued to March 17, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

The additional time is necessary and reasonable to conduct further investigation, to continue negotiations regarding a resolution of the case and to finalize a plea agreement. Counsel for the defendant further has a conflict in that he has a hearing on February 3, 2009 at 10:00 a.m. in the federal criminal case of U.S. v. Charles Richard, 2:08-CR-00237-PMP-RJJ,

in United States District Court in Las Vegas, Nevada.

The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The additional time requested is excludable time under the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii).

RESPECTFULLY SUBMITTED this 26th day of January, 2009.

McGREGORY W. SCOTT
UNITED STATES ATTORNEY

| /s/  LOREN GRAHAM | By: /s/ ROBIN TAYLOR |
|---|---|
| LOREN GRAHAM, #57150 | ROBIN TAYLOR |
| Atty for Jonathan Delacour | Assistant United States Atty |
| P.O. Box 6329 | 501 I Street, Suite 10-100 |
| Stateline, NV  89449 | Sacramento, CA  95814 |

ORDER

Good cause appearing,

IT IS SO ORDERED that the status Conference currently set for February 3, 2009 at 9:30 a.m. is continued to March 17, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

DATED: January 26, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2