```
 1  LOREN GRAHAM, #57150
    P.O. Box 6329
 2  Stateline, NV  89449
    (775) 588-5138
 3
    Attorney for JONATHAN DELACOUR
 4

 5

 6                  UNITED STATES DISTRICT COURT

 7                  EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,     Case No. 2:08-CR-411-JAM

10          Plaintiff,            STIPULATION AND ORDER TO
                                  CONTINUE STATUS CONFERENCE
11      vs.

12  JONATHAN M. DELACOUR,         [THIRD REQUEST]

13          Defendant.
                                /
14
```

15      IT IS HEREBY STIPULATED and AGREED by and between

16  McGREGOR W. SCOTT, UNITED STATES ATTORNEY, and ROBIN TAYLOR,

17  Assistant United States Attorney, on behalf of the UNITED STATES

18  OF AMERICA, and LOREN GRAHAM, counsel for defendant, that the

19  Status Conference currently set for March 17, 2009 at 9:30 a.m.

20  in Courtroom 6 before Judge John A. Mendez may be continued to

21  April 21, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A.

22  Mendez.

23      The additional time is necessary and reasonable to conduct

24  further investigation, to continue negotiations regarding a

25  resolution of the case and to finalize a plea agreement.

26      The ends of justice served by taking such action outweigh

27  the best interest of the public and the defendant in a speedy

28  trial.

                                1

1    The additional time requested is excludable time under the
2    provisions of the Speedy Trial Act, pursuant to 18 U.S.C.
3    § 3161(h)(8)(A) and (B)(i) and (ii).
4         RESPECTFULLY SUBMITTED this 16th day of March, 2009.
5                                       McGREGORY W. SCOTT
6                                       UNITED STATES ATTORNEY
7
8
9      /s/  LOREN GRAHAM              By:    /s/ ROBIN TAYLOR
       LOREN GRAHAM, #57150                  ROBIN TAYLOR
10     Atty for Jonathan Delacour            Assistant United States Atty
       P.O. Box 6329                         501 I Street, Suite 10-100
11     Stateline, NV  89449                  Sacramento, CA  95814
12
13                                  ORDER
14        Good cause appearing,
15        IT IS SO ORDERED that the status Conference currently set
16   for March 17, 2009 at 9:30 a.m. is continued to April 21, 2009
17   at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.
18   DATED:  March 16, 2009
19
20
21
22                                      /s/ John A. Mendez
                                        JOHN A. MENDEZ
23                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28
                                    2