```
LOREN GRAHAM, #57150
P.O. Box 6329
Stateline, NV  89449
(775) 588-5138

Attorney for JONATHAN DELACOUR
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-411-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JONATHAN M. DELACOUR, | [FOURTH REQUEST] |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED and AGREED by and between McGREGOR W. SCOTT, UNITED STATES ATTORNEY, and ROBIN TAYLOR, Assistant United States Attorney, on behalf of the UNITED STATES OF AMERICA, and LOREN GRAHAM, counsel for defendant, that the Status Conference currently set for July 21, 2009 at 9:00 a.m. in Courtroom 6 before Judge John A. Mendez may be continued to August 11, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

The additional time is necessary and reasonable as the parties have reached a tentative agreement to resolve the case by a plea to a misdemeanor in the Magistrate Court.

The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1

1     The additional time requested is excludable time under the
2 provisions of the Speedy Trial Act, pursuant to 18 U.S.C.
3 § 3161(h)(8)(A) and (B)(i) and (ii).
4     RESPECTFULLY SUBMITTED this 17th day of July, 2009.
5                                         McGREGORY W. SCOTT
6                                         UNITED STATES ATTORNEY
7
8 /s/   LOREN GRAHAM              By:  /s/ ROBIN TAYLOR
  LOREN GRAHAM, #57150                   ROBIN TAYLOR
  Atty for Jonathan Delacour             Assistant United States Atty
9 P.O. Box 6329                          501 I Street, Suite 10-100
  Stateline, NV  89449                   Sacramento, CA  95814
10
11
12                                  ORDER
13     Good cause appearing,
14     IT IS SO ORDERED that the status Conference currently set
15 for July 21, 2009 at 9:00 a.m. is continued to August 11, 2009
16 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.
17 DATED:  July 17, 2009
18
19
20                                    /s/ John A. Mendez
                                      JOHN A. MENDEZ
21                                    UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28