```
LOREN GRAHAM, #57150
P.O. Box 6329
Stateline, NV  89449
(775) 588-5138

Attorney for JONATHAN DELACOUR
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-411-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JONATHAN M. DELACOUR, | [FIFTH REQUEST] |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED by and between McGREGOR W. SCOTT, UNITED STATES ATTORNEY, and ROBIN TAYLOR, Assistant United States Attorney, on behalf of the UNITED STATES OF AMERICA, and LOREN GRAHAM, counsel for defendant, that the Status Conference currently set for October 6, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez may be continued to November 3, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

The additional time is necessary and reasonable to finalize a plea agreement and enter a plea in the Magistrate Court on Thursday, October 8, 2009. Counsel for the defendant further has a conflict in that he has a hearing on October 6, 2009 at 10:00 a.m. in the federal criminal case of U.S. v. Daniel Diaz, 3:07-CR-14-HDM-RAM, in the United States District

Court in Reno, Nevada.

The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The additional time requested is excludable time under the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii).

RESPECTFULLY SUBMITTED this 5th day of October, 2009.

McGREGORY W. SCOTT
UNITED STATES ATTORNEY

| /s/   LOREN GRAHAM | By:   /s/ ROBIN TAYLOR |
|---|---|
| LOREN GRAHAM, #57150 | ROBIN TAYLOR |
| Atty for Jonathan Delacour | Assistant United States Atty |
| P.O. Box 6329 | 501 I Street, Suite 10-100 |
| Stateline, NV  89449 | Sacramento, CA  95814 |

ORDER

Good cause appearing,

IT IS SO ORDERED that the status Conference currently set for October 6, 2009 at 9:30 a.m. is continued to November 3, 2009 at 9:30 a.m. in Courtroom 6 before Judge John A. Mendez.

DATED:  October 5, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2