UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 5, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JONATHAN DELACOUR,<br><br>Defendant. | Case No. 2:08-cr-411 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Jonathan Delacour  Case 2:08-cr-411 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of _____

_X_  Unsecured bond in the amount of $25,000

___  Appearance Bond with 10% Deposit

___  Appearance Bond secured by Real Property

___  Corporate Surety Bail Bond

_X_  (Other) Pretrial conditions/supervision;

Issued at  Sacramento, CA  on 11/5/09  at  9:15 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge